# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO

| | |
|---|---|
| JAVAD MIBOUDI, an individual; and NEMI MIBOUDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DR. MUBASHAR MOHSIN MAHMOOD, an individual; KAISER FOUNDATION HOSPITALS, a California corporation; PFIZER INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:18-CV-02741-MCE-EFB<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF DEFENDANT PFIZER INC.** |

| | |
|---|---|
| 1 | Before the Court is the stipulation of Plaintiffs Javad Miboudi and Nemi |
| 2 | Miboudi ("Plaintiffs") and Defendant Pfizer Inc. ("Pfizer") to dismiss Pfizer from |
| 3 | this action without prejudice. Pursuant to Federal Rule of Civil Procedure |
| 4 | 41(a)(1)(A)(ii), the Court GRANTS the stipulated request for dismissal without |
| 5 | prejudice as to Pfizer only. |
| 6 | Defendant Pfizer Inc. is hereby dismissed from this action without prejudice. |
| 7 | Plaintiffs and Pfizer to each bear their own fees and costs. Pfizer's Motion to |
| 8 | Dismiss (ECF No. 6) is DENIED as moot, and this case shall proceed on Plaintiff's |
| 9 | remaining claims. |
| 10 | IT IS SO ORDERED. |
| 11 | Dated: December 30, 2018 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE